UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN OLIVER,

    Plaintiff,

v.

SAN FRANCISCO FEDERAL CREDIT UNION. et al.,

    Defendant.

Case No. 3:25-cv-02843-LJC

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) San Francisco Federal Credit Union, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Kevin K. Cholakian, CSB #103423
Cholakian & Associates, 461 2nd St., #452, San Francisco, CA  94107 T: 650-871-9544
Email: kcholakian@cholakian.net

Name(s) of counsel withdrawing from representation and firm name:
Anthony C. Oceguera, CSB #259117
O'Hagen Meyer, 1201 K Street, Suite 1960, Sacramento, CA  95814

Date: April 22, 2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: April 24, 2025

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE