1  **SANDERS ROBERTS LLP**
2  GARY T. LAFAYETTE (SBN 88666)
   Email: glafayette@sandersroberts.com
3  VEENITA D. RAJ (SBN 216241)
4  Email: vraj@sandersroberts.com
   INGRID M. AHUJA (SBN 274223)
5  Email: iahuja@sandersroberts.com
   1300 Clay Street, Suite 810
6  Oakland, CA 94612
7  Telephone: (415) 357-4600
   Facsimile:  (415) 357-4605
8
   Attorneys for Defendants
9  LUENNA KIM, PATRICK COX, RICHARD
   FRATTARELLI, DAVID HUEBNER, BENJAMIN
10 KURKO, WILLIAM LEE, MICHAEL LOPEZ,
   KIRSTEN MADSEN, RAY SHAMS, WILLIAM
11 SMITH, and KATRINA WILLIAMS

12
                    **UNITED STATES DISTRICT COURT**
13
                   **NORTHERN DISTRICT OF CALIFORNIA**
14

15
| | |
|---|---|
| JONATHAN OLIVER, an individual, | Case No. 4:25-cv-02843-YGR |
| Plaintiff, | **STIPULATION OF ALL PARTIES TO DISMISS THE INDIVIDUAL DEFENDANTS FROM PLAINTIFF JONATHAN OLIVER'S COMPLAINT [DKT 1] WITH PREJUDICE** |
| v. | |
| SAN FRANCISCO FEDERAL CREDIT UNION, a federally-chartered credit union; LUENNA KIM, an individual; PATRICK COX, an individual; RICHARD FRATTARELLI, an individual; DAVID HUEBNER, an individual; BENJAMIN KURKO, an individual; WILLIAM LEE, an individual; MICHAEL LOPEZ, an individual; KIRSTIN MADSEN, an individual; RAY SHAMS, an individual; WILLIAM SMITH, an individual; KATRINA WILLIAMS, an individual; and DOES 1 through 50, inclusive, | Judge:   Hon. Yvonne Gonzalez Rogers<br>Ctrm.:    1 – 4th Floor |
| Defendant. | Complaint Filed:   February 14, 2025 |

# **STIPULATION**

Pursuant to Fedural Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by all parties who have appeared in this action that the following previously identified Defendants be dismissed from this action with prejudice: LUENNA KIM, PATRICK COX, RICHARD FRATTARELLI, DAVID HUEBNER, BENJAMIN KURKO, WILLIAM LEE, MICHAEL LOPEZ, KIRSTEN MADSEN, RAY SHAMS, WILLIAM SMITH, and KATRINA WILLIAMS.

**IT IS SO STIPULATED.**

Dated: January 13, 2026          **SANDERS ROBERTS LLP**

By: *s/Ingrid M. Ahuja*
GARY T. LAFAYETTE
VEENITA D. RAJ
INGRID M. AHUJA
Attorneys for Defendants
LUENNA KIM, PATRICK COX, RICHARD FRATTARELLI, DAVID HUEBNER, BENJAMIN KURKO, WILLIAM LEE, MICHAEL LOPEZ, KIRSTEN MADSEN, RAY SHAMS, WILLIAM SMITH, AND KATRINA WILLIAMS

Dated: January 13, 2026          **CHOLAKIAN & ASSOCIATES**

By: *s/Kevin K. Cholakian*
KEVIN K. CHOLAKIAN
Attorneys for Defendant
SAN FRANCISCO FEDERAL CREDIT UNION

Dated:  January 13, 2026                    **PHILLIPS. ERLEWINE, GIVEN & CARLIN LLP**

By: *s/R. Scott Erlewine*
R. SCOTT ERLEWINE
Attorneys for Plaintiff
JONATHAN OLIVER

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of R. Scott Erlewine and James M. Wagstaffe, counsel for Plaintiff and Kevin K. Cholakian, counsel for Defendant San Francisco Federal Credit Union for the filing of this Stipulation.

*s/Ingrid M. Ahuja*
INGRID M. AHUJA