Your Name: Shelley A. Kramer, Esq.

Address: 461 2nd Street, Suite 452

San Francisco, CA 94107

Phone: (650) 871-9544

Email: skramer@cholakian.net

~~Pro Se~~

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☐ San Francisco    ☑ Oakland    ☐ San Jose    ☐ Eureka-McKinleyville

Oliver

Plaintiff,

v.

San Francisco Credit Union

Defendant(s).

) Case Number: 4:25-cv-02843-YGR
)
)
) [Check box for party submitting statement]:
)
) ☐ **Plaintiff's**        ☑ **Defendant's**
)
) **CASE MANAGEMENT STATEMENT**
)
) DATE: February 9, 2026
)
) TIME: 2 p.m.
)
) JUDGE: Hon. Yvonne Gonzalez Rogers
)
)
)
)

[See the Instructions for more detailed information about how to complete this template.]

CMC STATEMENT

CASE NO.: 4:25-cv-02843-YGR                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024

## 1. JURISDICTION & SERVICE

(a) This Court has subject matter jurisdiction in this case under:
 [Mark the option that applies to your case.]

☐ Federal question jurisdiction because it is about federal laws or rights. [List the laws or rights involved] _____

_____

☑ Diversity jurisdiction because none of the Plaintiffs live in the same state as any of the Defendants AND the amount of damages is more than $75,000.

(b) Service ☐ has ☐ has not been completed, as follows:
[Complete the table to show when each defendant was served with the Complaint and whether any defendant will argue that this Court is not the correct one to decide this case.]

| Defendant's Name | Date Served or Expected to Serve | Does Defendant dispute that the Court has personal jurisdiction? | Does Defendant dispute that this is the correct venue? |
|---|---|---|---|
| SFFCU | | ☐ Yes  ☑ No | ☐ Yes  ☑ No |
| | | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

☐ Check the box if there are more defendants and provide the above information for each defendant on an additional page at the end of this document.

## 2. FACTS

Give a short description of the important facts in this case including facts that you and the other side disagree about. Add an additional page if needed.

Jonathan Oliver was the Chief Executive Officer of the San Francisco Federal Credit Union from 2017 to 2024.  While he may have been successful in his handling of the finances of SFFCU, Oliver's management style offended several executives and board members.  An independent consultant conducted an extensive investigation and confirmed that many executives at SFFCU had observed or suffered bullying, harassment, embarassment and vulgarity by Mr. Oliver, creating a toxic work environment that was unsustainable, and subjected SFFCU to liability.

Mr. Oliver's retaliation claims fail, because nothing he reported to the Nationall Credit Union Association was consequential.  SFFCU issued no defamatory statement.

### 3. LEGAL ISSUES

Briefly explain the laws the Plaintiff says the Defendant violated.

California law does not tolerate bullying, harassment, or vulgarity in the workplace, subjecting other employees to uncivil and toxic treatment.

### 4. MOTIONS

Complete the table to list any motions that have been filed or might be filed.

| Party filing motion | Type of Motion | Date of Ruling (or "pending" or "to be filed") |
|---|---|---|
| Individual Defendant | anti-SLAPP | dropped |
| | | |

☐ Check the box if there are more motions and add a page at the end with additional information.

### 5. AMENDMENT OF PLEADINGS

Mark one option to tell the Court whether you plan to change your claims or defenses.

- The submitting party [name] San Francisco Federal Credit Union _____

☐ does not plan to amend the Complaint.      ☐ plans to amend the Complaint by _____

☑ does not plan to amend the Answer.      ☐ plans to amend the Answer by _____

☐ Check the box if you need to list more parties and then provide the above information for each party on an additional page at the end of this document.

### 6. EVIDENCE PRESERVATION

Parties to a lawsuit must make sure that they are protecting and not destroying evidence that might be used in the case. Check the correct box or boxes.

- The submitting party [name] San Francisco Federal Credit Union _____ has

☑ reviewed the Guidelines for the Discovery of Electronically Stored Information
[See https://www.cand.uscourts.gov/forms/e-discovery-esi-guidelines/]

☑ spoken with the opposing parties about preserving evidence relevant to the issues one could reasonably understand to be part of this case
[See Checklist for Rule 26(f) Meet and Confer at:
https://www.cand.uscourts.gov/forms/e-discovery-esi-guidelines/]

☐ plans to do the above by [date] _____

☐ Check the box if you need to list more parties and then provide the above information for each party on an additional page at the end of this document.

## 7. DISCLOSURES

Initial Disclosures are lists of information that the parties must send each other at the beginning of a case. Check the box that applies and then fill in the agreed date if needed.

☐ Parties have sent each other Initial Disclosures.

☑ Parties have **not** yet sent each other Initial Disclosures, but agree to exchange them by [date] _____

## 8. DISCOVERY

Give a short description of what you plan to investigate during discovery and if there are currently any discovery issues. Give a brief report about any agreements (stipulations) the parties have made about electronic discovery.

Multiple depositions are anticipated, once written discovery and document production is complete.

## 9. CLASS ACTIONS

Not applicable.

//

//

## 10. RELATED CASES

Check the correct box to explain whether you are aware of any cases related to this one. If you check the second box, list the case number and the court, government agency, or other administrative body that will decide that case.

The party submitting this statement

☑ is not aware of any related cases.

☐ is aware of related cases [list cases]: _____

_____

## 11. RELIEF

State what the Plaintiff wants from the Defendant, or wants the Court to do, including any amount of money sought and how that amount was calculated. If a Defendant filed a counter or crossclaim, state the same information for the Defendant. Insert a page if needed.

_____

_____

_____

_____

_____

_____

_____

## 12. SETTLEMENT AND ADR

Check at least one box in each column.  Suggest a date for a settlement conference. If you need information to help you decide how to resolve the case, explain what that information is. The parties are to have complied with ADR Local Rule 3-5.

The parties:                    Form of Alternative Dispute Resolution ("ADR"):

☐ have tried to settle the case.        ☐ Settlement conference with a magistrate judge

☑ have not tried to settle the          ☐ Mediation

case.                                    ☐ Other _____

Suggested deadline: _____

Information needed (such as key discovery or motions):

_____

## 13. OTHER REFERENCES

In unusual cases, the judge may refer a case to another decision-maker. If this is one of those cases, cross out "Not Applicable," and write in who should hear this case.

Not applicable.

## 14. NARROWING OF ISSUES

Use this section to explain if issues in this case could be resolved by agreement or by written papers submitted by the parties ("motion"). Check the box that applies and then explain.

☐ Not applicable.

☐ Issues that can be resolved by agreement: _____

_____

☑ Issues that can be resolved by motion: Retaliation, defamation.

_____

☐ Consequential issues and plan for quick resolution: _____

_____

_____

_____

_____

_____

_____

## 15.    SCHEDULING

The Court usually sets the case deadlines. If you want to propose a schedule for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and/or trial, you can do so below. Be sure you will be in town and able to meet any deadlines proposed.

☑ Agree to have the Court set deadlines.

☐ Proposed deadlines:

_____

_____

_____

_____

**16.    TRIAL**

Check the box that applies and estimate how long the trial will last.

[✓]    This case will be tried by a jury.  The trial is expected to last __15__ days.

[ ]    This case will be tried by a judge.  The trial is expected to last ____ days.

**17. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

This Section tells the Court if anyone who is not named as a party in the case will be affected by the outcome. Usually, if you are representing yourself, the answer is "None." If there is an "interested party," cross out "None" and write in their names.

None.

**18. PROFESSIONAL CONDUCT**

Not applicable as the submitting party is self-represented and proceeding *pro se*.

**19. OTHER**

Use this section to discuss other issues that would assist with the just, speedy, and inexpensive resolution of this case.

NOTE: This document should not be longer than 10 pages, including any pages you add at the end. Each party submitting this statement must sign and date below.

Date: __Feb. 9, 2026__    Sign Name: _____

Print Name: __Shelley Kramer, Esq. (83542)__

Pro Se

//

//

//

CMC STATEMENT

CASE NO.: __4:25-cv-02843-YGR__         PAGE ___ OF ___         JDC TEMPLATE, UPDATED 11/2024

Use this page if you need additional space for any Section. Be sure to write the Section number.

CMC STATEMENT
CASE NO.: 4:25-cv-02843-YGR                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024