R. Scott Erlewine (SBN 095106)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA  94129
Telephone:  415-398-0900
Fax:           415-398-0911
Email: rse@phillaw.com

Attorneys for Plaintiff Jonathan Oliver

Kevin K. Cholakian (SBN 103423)
Shelley H. Kramer (SBN 083542)
CHOLAKIAN & ASSOCIATES
461 Second Street, Suite 452
San Francisco, CA 94107
Telephone: 650-871-9544
Fax:           650-871-9552
Email: kcholakian@cholakian.net
          skramer@cholakian.net
          electronic.service@cholakian.net\

Attorneys for Defendant San Francisco Federal Credit Union

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN OLIVER, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO FEDERAL CREDIT UNION, a federally-chartered credit union, et al,<br><br>        Defendants. | Case No. 3:25-cv-02843-YGR<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND** |

All parties, by and through their respective counsel of record, hereby stipulate as follows:

## STIPULATION

1.      On February 14, 2025, Jonathan Oliver, a Nevada citizen, filed this action against his former employer San Francisco Federal Credit Union ("SFFCU") and certain of its officers

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900

and directors, all of whom are California citizens, in the Superior Court of California, City and County of San Francisco, Case No. CGC-25-622410.

2.      On or about March 26, 2025, Defendant SFFCU, joined by all other defendants, removed this action to this Court on diversity of citizenship grounds. Dkt No. 1.

3.      On January 13, 2026 the parties signed and e-filed Stipulation of All Parties to Dismiss the Individual Defendants from Plaintiff Jonathan Oliver's Complaint with Prejudice. Dkt 39.

4.      Plaintiff and Defendant San Francisco Federal Credit Union, having met and conferred, hereby stipulate that this action be remanded forthwith to state court pursuant to 28 U.S.C. § 1447(c).

5.      Defendant San Francisco Federal Credit Union agrees not to bring an anti-SLAPP or motion to strike.

Dated: March 20, 2026                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP


                                          /s/ R. Scott Erlewine
                                          R. Scott Erlewine
                                          Counsel for Plaintiff Jonathan Oliver

Dated: March 20, 2026                    CHOLAKIAN & ASSOCIATES


                                          /s/ Kevin K. Cholakian
                                          Kevin K. Cholakian
                                          Shelley H. Kramer
                                          Counsel for Defendant
                                          San Francisco Federal Credit Union

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated: March 20, 2026                    /s/ Kevin K. Cholakian
                                          Kevin K. Cholakian

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900

**[PROPOSED] ORDER**

In light of the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1.    Pursuant to 28 U.S.C. § 1447(c), this action is REMANDED forthwith to the San Francisco County Superior Court.

2.    The Clerk shall close the file and terminate all pending matters.

Dated:  March 23, 2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900